1

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DOUGLAS E. HERRICK,

11             Petitioner,                    No. CIV S-08-0092 FCD EFB P

12        vs.

13   JAMES E. TILTON, Warden,

14             Respondent.              FINDINGS AND RECOMMENDATIONS

15   _____/

16        On February 26, 2008, the court ordered petitioner to file an in forma pauperis affidavit

17   or pay the appropriate filing fee within 30 days and warned him that failure to do so would result

18   in a recommendation that this action be dismissed.

19        The 30-day period has expired and petitioner has not filed a completed in forma pauperis

20   affidavit or paid the appropriate filing fee.

21        It therefore is RECOMMENDED that this action be dismissed without prejudice.

22        These findings and recommendations are submitted to the United States District Judge

23   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

24   after being served with these findings and recommendations, any party may file written

25   objections with the court and serve a copy on all parties.  Such a document should be captioned

26   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

1

within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 25, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE